TO: The Criminal Court appeal Clerk

MR. ABEL ACOSTA

50,653-07

July 8, 2015

Writ Number

WIO-24557-J (B)

and

WIO-24557-J (C)

From: ORVIS WAYNE PORTER #1905515

PACK 1 UNIT

2400 WALLACE PACK Rd.

NAVASOTA, TEXAS 77868

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 12 2015

Abel Acosta, Clerk

Could you please tell me if any of my writ of 11.07 from Dallas- County has made to the Criminal court appeal? Case Number

W WIO-24557-J (B)

WIO-24557-J (C)

It has Been 2 year's, what should i do, to get my writ foward to the criminal court appeal? Thank you.